889-15

# ELECTRONIC RECORD

COA # 14-14-00435-CR

OFFENSE: Misc.

STYLE: Michael Shawn Ryals v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 248th District Court

DATE: July 14, 2015    Publish: Yes

TC CASE #:1402503

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Michael Shawn Ryals v The State of Texas

CCA # _____

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: __10/07/2015__

JUDGE: __Per Curiam__

CCA Disposition: __889-15__

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**